B4 (Official Form 4) (12/07)



FILED
August 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002000245

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:    Case No. **2009-31871**

Mis Amigos Meat Market, Inc.    Chapter **11**

Debtor(s)

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| America California Bank<br>417 Montgomery Street<br>San Francisco, CA 94101 | (415) 986-5678 | Bank loan | | 550,000.00<br>Collateral:<br>200,000.00<br>Unsecured:<br>350,000.00 |
| Mid Valley Foods, Inc.<br>1104 12th Street<br>Modesto, CA 95354 | Philip Avila<br>(209) 576-1701 | | | 68,185.17 |
| OK Produce<br>15550 B Rockfield Blvd.<br>Irvine, CA 92618 | Alan Brodkin<br>(949) 457-8686 | | | 51,546.26 |
| Cargill Food Distribution<br>1400 N. MacArthur Drive, Mail Box 6<br>Tracy, CA 95376 | (209) 832-0118 | | | 46,783.00 |
| Supremea Meat Co.<br>955 B 57th Street<br>Oakland, CA 94608 | (510) 654-9282 | | | 34,797.29 |
| Foster Farms Dairy<br>Dept. 33369<br>PO Box 44000<br>San Francisco, CA 94144-3369 | (533) 225-4799 | | | 29,859.00 |
| Sequoia Sales<br>PO Box 728<br>Millbrae, CA 94030 | (650) 872-2200 | | | 23,535.00 |
| Bimbo Bakeries USA<br>PO Box 937<br>Fort Worth, TX 76134 | (800) 366-7921 | | | 16,161.41 |
| Berkshire Hathaway Homestate Companies<br>P.O. Box 881236<br>San Francisco, CA 94188 | | | | 14,052.40 |
| Allied Poultry Co. Inc.<br>5000 Hopyard Road, Suite 400<br>Pleasanton, CA 94588 | Brian M. O'Dea<br>(925) 460-3700 | | | 12,901.92 |
| Zarate's Foods, Inc.<br>4801 Enterprise Way<br>Modesto, CA 95356 | | | | 12,437.08 |
| Coca-Cola Enterprises Bottling Companies<br>14185 Dallas Parkway, Suite 1400<br>Dallas, TX 75254 | Customer Service<br>(800) 621-3704 | | | 9,250.53 |
| Berkshire Hathaway Homestate Companies<br>P.O. Box 881236<br>San Francisco, CA 94188 | | | | 8,839.70 |
| HP HOOD, LLC dba CRYSTAL CREAM & BUTTER<br>2495 Natomas Park Drive, #620<br>Sacramento, CA 95833 | Stephen H. Johanson<br>(916) 567-1000 | | | 6,562.22 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1

| | | |
|---|---|---:|
| Olsen Meat Company, Inc.<br>7301 Cutler Ave<br>Orland, CA  95963 | (530) 865-8111 | 6,537.52 |
| Sauceda Produce<br>521 Pioneer Ave Apt. 725<br>Woodland, CA  95776 | | 5,885.50 |
| Markets First<br>2324 San Pablo Ave.<br>Oakland, CA  94612 | | 5,765.59 |
| Mission Food<br>P.O. Box 167847<br>Irving, TX  75038 | | 5,414.48 |
| Costco Wholesale AMEX Business Card<br>Box 0001<br>Los Angeles, CA  90096 | (888) 708-8128 | 5,274.41 |
| Lopez Produce Inc<br>2720 Compton Ave<br>Los Angeles, CA  90011 | | 5,023.75 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 4, 2009**        Signature: */s/ Uriel Gonzalez*

**Uriel Gonzalez, President**
(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only