# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Mis Amigos Meat Market, Inc. | **Case No :** | 09-31871 - C - 11 |
| | | **Date :** | 10/13/09 |
| | | **Time :** | 09:30 |

**Matter :** [35] - Motion/Application to Employ Mitchell L. Abdallah as Debtor's Attorney Filed by Debtor Mis Amigos Meat Market, Inc. (wlos)

| | |
|---|---|
| **Judge :** | Christopher M. Klein |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Ravi Sakthivel
**Respondent(s) :**
None

HEARING CONTINUED TO: 11/3/09 at 10:30 AM