FILED
October 20, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002165246

MITCHELL L. ABDALLAH, #231804
ABDALLAH LAW GROUP
980 9TH ST, 16TH FLOOR
SACRAMENTO, CA 95814
TEL./ (916) 449-9580
FAX./ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor: Mis Amigos Meat Market, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Mis Amigos Meat Market, Inc.

Debtor.

Case No. 09-31871-C-11

DCN: MLA-01

Date: November 10, 2009
Time: 9:30 a.m.
Judge: Christopher M. Klein
Courtroom: 35
Place: 501 I Street, 6th Floor
Sacramento, CA 95814

### NOTICE OF HEARING ON
### MOTION TO APPROVE STIPULATION BETWEEN DEBTOR AND
### AMERICA CALIFORNIA BANK
### TO AUTHORIZE USE OF CASH COLLATERAL

A hearing on the Motion to Approve Stipulation Between Debtor and America California Bank to Authorize the Use of Cash Collateral shall be held November 10, 2009 at 9:30 AM before the Honorable Christopher M. Klein, Bankruptcy Judge, in Department C, Courtroom 35 of the United States Bankruptcy Court, 501 I Street, 6th Floor, Sacramento, California 95814.

The motion seeks court approval of a Stipulation between Debtor and America California Bank to allow the use of cash collateral pursuant to 11 U.S.C. § 363(c)(2)(A) and Fed. R. Bankr.

P. 4001 (d). Specifically, Debtor shall be authorized to expend cash collateral in the ordinary course of business, subject to paying to the Bank a monthly adequate protection payment on the secured portion of its claim. Under the Stipulation, the Bank is granted a continuing post-petition security interest in Debtor's assets of the same type and in the same relative priority in which Protected Secured Creditors (as defined in the motion) had a perfected pre-petition security interest.

In accordance with Local Bankruptcy Rule 9014-1 (f)(1), opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion, may result in the striking of any untimely written opposition, or may result in the imposition of sanctions. In the absence of timely written opposition or as is appropriate in the particular circumstances, the relief requested may be granted without a hearing pursuant to 11 U.S.C. § 102(1).

Opposition to the motion, if any, must be served upon at least the following:

Mitchell L. Abdallah
Abdallah Law Group
980 9th Street, 16th Floor
Sacramento, CA 95814

Not all information regarding the motion or Debtor's case is set forth in this notice. Interested parties may review the court's file or obtain copies of the motion and any supporting declarations,

- 2 -

exhibits and briefs at the office of the clerk, 501 I Street, 3rd Floor, Sacramento, California 95814, or on the court's website at www.caeb.uscourts.gov using and e-CalWebPacer account.

Dated: 19-Oct-2009                              ABDALLAH LAW GROUP

By: /s/ *Mitchell L. Abdallah*
    Mitchell L. Abdallah
    Attorney for Debtor,
    Mis Amigos Meat Market, Inc.