UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Case Title :** | Mis Amigos Meat Market, Inc. | **Case No :** 09-31871 - C - 11 |
| | | **Date :** 11/10/09 |
| | | **Time :** 09:30 |
| **Matter :** | [55] - Motion/Application to Approve Stipulation between Debtor and America California Bank to Authorize Use of Cash Collateral [MLA-1] Filed by Debtor Mis Amigos Meat Market, Inc. (wlos) | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | |
| **Courtroom Deputy :** | Teresa Jackson | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | C | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Findings of fact/conclusions of law stated orally on record
Granted
Resolved without oral argument

ORDER TO BE PREPARED BY :   Moving party.