③

09-31871-C-11
MOTION
DEBTOR: MIS AMIGOS MEAT MARKET, INC
JUDGE: HON. C. KLEIN
------------------------------------
FILED 11/12/09 - 2:58 PM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION        Jrus
RECEIPT NO: 2-9-041112 $150.00

1 | JAMES C. HAZEN (SBN 59481)
OF COUNSEL
2 | GRAY AND PROUTY
1300 National Drive, Suite 140
3 | Sacramento, California  95834
(916)419-6662
4 |

5 | Attorneys for Movant
FABIOLA GONZALEZ
6 |

7 |                    United States Bankruptcy Court

8 |               **EASTERN** District of **CALIFORNIA**

9 |

10 | In re                                )   Case No.     09-31871-C-11
                                     )
11 |    Mis Amigos Meat Market, Inc.       )   DC No.      JCH-1
                                     )
12 |            Debtor,                    )   Chapter 11
                                     )
13 |                                       )   Date:  January 6, 2010
                                     )   Time:  10:00 a.m.
14 | _____ )   Dept.:  C

15 |

16 |

17 |               MOTION FOR RELIEF FROM AUTOMATIC STAY

18 |     **Fabiola Gonzalez** by her attorney, moves this court pursuant to 11 U.S.C. 362(d) and

19 | Rule 4001(a), Federal Rules of Bankruptcy Procedure, for an order terminating, annulling,

20 | modifying or conditioning the automatic stay imposed by 11 U.S.C. 362(a).  In support of its

21 | motion, **Fabiola Gonzalez** alleges as follows:

22 |     1.    Mis Amigos Meat Market, Inc., hereinafter referred to as debtor, whether one or

23 | more persons, filed a petition for relief under Chapter 11 of Title 11 United States Code on June

24 | 10, 2009.

25 |     2.    Movant is requesting relief from the automatic stay to pursue the

26 | Yolo County Superior Court case, number PO 08-2391. This case arises from a slip and fall

27 | accident and shall be limited to the insurance policy limits of Mis Amigos Meat Market.

28 |     3.    Fabiola Gonzalez is named as a creditor in the bankruptcy.

1   4.      The Yolo County Superior Court Case, No. PO 08-2391 was filed on September

2   10, 2008, and Mis Amigos Meat Market, Inc. filed for Chapter 11 Bankruptcy Relief on June 10,

3   2009.

4           WHEREFORE, Fabiola Gonzalez requests the following relief:

5   A.      An order terminating, annulling, modifying or conditioning the stay imposed by

6           11 U.S.C. 362(a);

7   B.      An order permitting Fabiola Gonzalez to pursue her legal remedies against said

8           debtor; and

9   C.      Such further relief as the court may deem just and reasonable under the

10          circumstances.

11

12

13  Date: 11- 11- 09                    Signature:

14                                                  James C. Hazen, Esq.
                                                    Gray & Prouty
15                                                  1300 National Drive, Suite 140
                                                    Sacramento, CA 95834

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

RE:   *In re Mis Amigos Meat Market, Inc.;*
      United States Bankruptcy Court, Eastern District of California Case No. 09-31871-C-11
      DC NO.:      JCH-1

## PROOF OF SERVICE
### [CCP §§ 1011, 1023, 1012.5, 1013 AND 1013(a)]

I, the undersigned, declare that I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the within action. My business address is 1300 National Drive, Suite 140, Sacramento, California, 95834; I am a citizen of the United States and employed in Sacramento, California.

On the date indicated below, I served as follows a true copy of the foregoing:

### MOTION FOR RELIEF FROM AUTOMATIC STAY

(√) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail at Sacramento, California, addressed as set forth below.

( ) By personally delivering, or causing to be delivered, a true copy thereof to the person and at the address(es) set forth below.

( ) By causing a true copy thereof to be delivered to the party or parties at the address(es) listed below, by and through the services of:
        ( ) DHL
        ( ) Express Mail
        ( ) Facsimile

David M. Sanders, Esq.
FIELD & SANDERS
3249 Quality Drive, Suite 120
Rancho Cordova, CA 95670

Mitchell L. Abdallah, Esq.
1007 7th Street, Suite 615
Sacramento, CA 95814

The documents described above were sealed and placed for collection and mailing on the date stated below. Pursuant to said business practices, documents were deposited with the United States Postal Service in Sacramento, California, that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Sacramento, California, on November 12, 2009.

Nicole Alvarez

PROOF OF SERVICE