2009-31871
FILED
November 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002211465

MITCHELL L. ABDALLAH, #231804
ABDALLAH LAW GROUP
980 9TH ST. 16TH FLOOR
SACRAMENTO, CA 95814
TEL./ (916) 449-9580
FAX./ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor: Mis Amigos Meat Market, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Mis Amigos Meat Market, Inc.

Debtor.

Case No.     09-31871-C-11

DCN:         MLA-01

Date:        November 10, 2009
Time:        9:30 a.m.
Judge:       Christopher M. Klein
Courtroom:   35
Place:       501 I Street, 6th Floor
             Sacramento, CA 95814

### ORDER ON
### MOTION TO APPROVE STIPULATION BETWEEN DEBTOR AND AMERICA CALIFORNIA BANK TO AUTHORIZE USE OF CASH COLLATERAL

The Motion by Mis Amigos Meat Market, Inc., a California corporation ("Debtor") for approval of the Stipulation Between Debtor and America California Bank ("Bank") to Authorize the Use of Cash Collateral was heard on November 10, 2009 at 9:30 AM before the Honorable Christopher M. Klein, Bankruptcy Judge, in Department C, Courtroom 35 of the United States Bankruptcy Court, 501 I Street, 6th Floor, Sacramento, California 95814. No opposition to the Motion was filed.

RECEIVED
November 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002211465

The court having reviewed the Motion and supporting pleadings, having considered any objecting or supporting pleadings, and having heard the arguments of counsel at hearing, if any, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The motion is granted and the stipulation is approved in its entirety.

Dated: November 23, 2009

_____
United States Bankruptcy Judge