③

FILED
DEC 2 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 09-31871-C-11
                                          )
MIS AMIGOS MEAT MARKET, INC.,             )
                                          )
                                          )
            Debtor(s).                    )
_____)

## ORDER APPROVING EMPLOYMENT OF ATTORNEYS

An application to employ attorneys pursuant to 11 U.S.C. § 327 has been made. Based upon the application, the record, and the verified statement required by Bankruptcy Rule 2014(a), it appears that the attorneys are eligible to be employed.

IT IS ORDERED that the debtor is authorized to retain Abdallah Law Group as its attorneys, subject to the following reasonable terms and conditions pursuant to 11 U.S.C. § 328(a):

1. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. § 330(a).

2. Compensation will be at the "lodestar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in In re Manoa Fin. Co., 853 F.2d 687 (9th Cir. 1988). Guidance on evidence appropriate to support applications for compensation appears in In re Gianulias, 98 B.R. 27 (Bankr. E.D. Cal.), aff'd, 111 B.R. 867 (E.D. Cal. 1989).

3. No hourly rate referred to in the application papers is approved unless unambiguously so stated in this order or in a subsequent order of this court.

4. All funds received by counsel in connection with this matter, regardless of whether they are denominated a retainer or are said to be nonrefundable, are deemed to be an advance payment of fees and to be property of the estate except to the extent that counsel demonstrates, pursuant to the statement required by 11 U.S.C. § 329 filed before ten days after issuance of this order, that such funds were received as the reasonable value of actual prepetition services. Such a statement was included with the application papers.

5. Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or an attorney's trust account containing commingled funds. Withdrawals are permitted only after approval of an application for compensation and after the court issues an order authorizing disbursement of a specific amount.

6. Monthly applications for interim compensation pursuant to 11 U.S.C. § 331 will be entertained.

Dated: December 2, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

- 2 -

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office. |
| 3 | |
| 4 | |
| 5 | |
| 6 | Office of the United States Trustee<br>501 I Street, 7th Floor<br>Sacramento, CA 95814 |
| 7 | |
| 8 | Mitchell L. Abdallah<br>980 9th St 16th Fl<br>Sacramento, CA 95814 |
| 9 | |
| 10 | |
| 11 | Dated: DEC - 3 2009       *[signature]*<br>                                 DEPUTY CLERK |
| 12 | |

- 3 -