FILED
January 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D98

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Mis Amigos Meat Market, Inc. | **Case No :** 09-31871 - C - 11<br>**Date :** 1/6/10<br>**Time :** 10:00 |
| **Matter :** | [83] - Motion/Application to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [MLA-2] Filed by Debtor Mis Amigos Meat Market, Inc. (wlos) |
| **Judge :** | Michael McManus |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Thomas Camp
**Respondent(s) :**
    Creditor - James Hazen
(by phone)   Creditor - Kyle Hirsch

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied.

Dated: January 11, 2010

_____
United States Bankruptcy Judge